**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALICIA RICO BALLESTEROS,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | No.  2:21-CV-0506-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Good cause appearing therefor, the parties' stipulation, ECF No. 13, for a modification of the schedule for this case is approved.  Plaintiff's opening brief is due by February 14, 2022; Defendant's opposition is due by March 31, 2022; and Plaintiff's reply is due by April 15, 2022.

   IT IS SO ORDERED.

Dated:  January 31, 2022

   DENNIS M. COTA
   UNITED STATES MAGISTRATE JUDGE

1