# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alicia Rico Ballesteros )<br>　　　　　Plaintiff, )<br>　　vs. )<br>KILOLO KIJAKAZI, Commissioner of )<br>Social Security, )<br>　　　　　Defendant. )<br>　　　　　　　　　　　　 )<br>　　　　　　　　　　　　 )<br>　　　　　　　　　　　　 )<br>_____ ) | Case No.  2:21-00506-DMC<br><br>ORDER ON  MOTION FOR<br>EXTENSION OF TIME |

Based upon Plaintiff's Counsel Motion for an extension of time, for good cause shown based on counsel's declaration regarding continuing settlement discussions with Defendant, it is ORDERED that that Plaintiff shall have an extension of time, from March 16, 2022 to April 15, 2022, for Plaintiff to serve on Defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　　IT IS SO ORDERED.

Dated:  March 10, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1